1  Michael K. Grace (SBN 126737)
   GRACE + GRACE LLP
2  444 South Flower Street, Suite 1650
   Los Angeles, California  90071
3  Telephone: (213) 452-1220
   Facsimile:  (213) 452-1222
4  mgrace@gracelaw.com
   *Attorneys for Plaintiff*
5  *Shakey's USA, Inc.*

6  Ovidio Oviedo, Jr., (SBN 210311)
   LAW OFFICES OF OVIEDO TOOKOIAN, LLP
7  1100 W. Shaw Avenue, suite 130
   Fresno, CA 93711
8  Telephone:  (559) 226-6200
   Facsimile:  (559) 222-3345
9  *Attorneys for Defendants*
   *Kenneth Hildebrand and Howard Hildebrand*
10

FILED

APR 1 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

11

12         UNITED STATES DISTRICT COURT

13    FOR THE EASTERN DISTRICT OF CALIFORNIA

14              FRESNO DIVISION

15

16  SHAKEY'S USA, INC., a Delaware          )  Case No.:  1:09-cv-01853-AWI-DLB
    corporation,                            )
17                                          )  **STIPULATION FOR ENTRY OF**
              Plaintiff,                    )  **JUDGMENT AND PERMANENT**
18                                          )  **INJUNCTION**
                                            )
19         v.                               )
                                            )
20  HOWARD HILDEBRAND, and KENNETH          )
    HILDEBRAND, individuals doing business as )
21  HOWIE & SONS PIZZA PARLOR; and          )
    DOES 1 through 10,                      )
22                                          )
                                            )
23            Defendants.                   )
                                            )
24

25       Pursuant to the agreement of plaintiff Shakey's USA, Inc. ("Shakey's") and defendants

26  Howard Hildebrand and Kenneth Hildebrand, doing business as Howie & Sons Pizza Parlor in

27  Visalia, California ("Defendants") (collectively, the "Parties"), the court hereby enters Judgment

28  and a Permanent Injunction against Defendants in this matter as follows:

GRACE + GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90071

1

**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**

GRACE + GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90071

1     1.     This Court has jurisdiction over the Parties and the subject matter of this action.

2     2.     Shakey's is the owner of the trademark MOJO®, which Plaintiff and its

3 predecessors have used for decades to promote and sell Shakey's distinctive potatoes prepared

4 according to a secret recipe.  Shakey's owns the trademarks, secret recipes and formulas, and the

5 know-how associated preparing MOJO brand potatoes.

6     3.     On May 18, 1993, Shakey's predecessor registered MOJO as a trademark on the

7 Principal Register in the United States Patent and Trademark Office for use in connection with

8 "prepared potatoes for consumption on or off the premises," U.S. Registration No. 1,771,676.

9 U.S. Registration No. 1,771,676 has been and remains in full force and effect and the exclusive

10 property of Shakey's by assignment duly recorded in the U.S. Patent and Trademark Office.

11 U.S. Registration No. 1,771,676 is incontestable pursuant to 15 U.S.C. § 1065.

12     4.     The MOJO mark is widely recognized as the symbol and identifier for Shakey's

13 famous prepared potatoes.

14     5.     Defendants previously advertised their prepared potatoes under the trademark MO

15 JOES without Shakey's knowledge or consent.

16     6.     Shakey's brought this action on October 21, 2009, alleging that Defendant's

17 unauthorized use and display of MO JOES in connection with the advertising and promotion of

18 Defendants' potatoes constitutes trademark infringement, false designation of origin, and unfair

19 competition.

20

21     IT IS HEREBY ordered, adjudged and decreed that Defendants Howard Hildebrand and

22 Kenneth Hildebrand, together with their employees, and all other persons or entities acting at the

23 request or direction of Defendants, shall cease and desist from any use or display in commerce of

24 MO JOES, or any other term that is likely to cause confusion with MOJO, for the purpose of

25 offering to sell or selling prepared potatoes or any other prepared foods.

26

27     Each of the parties shall bear their own attorneys' fees and costs of suit incurred herein.

28

2
**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**

Apr 08 10 02:37p     Howie & Son s Pizza                          559-732-7940          p. 1

03/30/2010  12:29    2134521222            GRACE & GRACE LLP                PAGE 08/08

1    The Court shall retain jurisdiction to enforce the terms of this Judgment and Permanent

2   Injunction.

3

4      IT IS SO ORDERED.

5

6   Dated: __4-13-10__        _____

                             UNITED STATES DISTRICT COURT JUDGE

7

8      STIPULATED AND AGREED:

9

10   _____

    Howard Hildebrand

11

12   _____

    Kenneth Hildebrand

13

14   SHAKEY'S USA, INC.

15   By: _____

16   Its: ___PRESIDENT / CEO___

17   Approved as to form:

18   GRACE + GRACE LLP

19   _____

20   Michael K. Grace

    Attorneys for Plaintiff Shakey's USA, Inc

21   LAW OFFICE OF OVIEDO/TOOKOIAN, LLP

22

23   _____

    Ovidio Oviedo, Jr.

24   Attorneys for Defendants Howard and Kenneth Hildebrand

25

26

27

28

                           3

STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION

GRACE + GRACE LLP
444 South Flower Street, Suite 1100
Los Angeles, CA 90071

1  Michael K. Grace (SBN 126737)
   GRACE + GRACE LLP
2  444 South Flower Street, Suite 1650
   Los Angeles, California  90071
3  Telephone: (213) 452-1220
   Facsimile: (213) 452-1222
4  mgrace@gracelaw.com
   *Attorneys for Plaintiff*
5  *Shakey's USA, Inc.*

6  Ovidio Oviedo, Jr., (SBN 210311)
   LAW OFFICES OF OVIEDO TOOKOIAN, LLP
7  1100 W. Shaw Avenue, suite 130
   Fresno, CA 93711
8  Telephone:  (559) 226-6200
   Facsimile:  (559) 222-3345
9  *Attorneys for Defendants*
   *Kenneth Hildebrand and Howard Hildebrand*
10

11              UNITED STATES DISTRICT COURT

12        FOR THE EASTERN DISTRICT OF CALIFORNIA

13                   FRESNO DIVISION

14

15

16  SHAKEY'S USA, INC., a Delaware          )  Case No.:  1:09-cv-01853-AWl-DLB
    corporation,                            )
17                                          )  **STIPULATION FOR ENTRY OF**
                 Plaintiff,                 )  **JUDGMENT AND PERMANENT**
18                                   :      )  **INJUNCTION**
                                            )
19         v.                               )
                                            )
20  HOWARD HILDEBRAND, and KENNETH          )
    HILDEBRAND, individuals doing business as )
21  HOWIE & SONS PIZZA PARLOR; and          )
    DOES 1 through 10,                      )
22                                          )
                                            )
23               Defendants.                )
                                            )
24

25         Pursuant to the agreement of plaintiff Shakey's USA, Inc. ("Shakey's) and defendants

26  Howard Hildebrand and Kenneth Hildebrand, doing business as Howie & Sons Pizza Parlor in

27  Visalia, California ("Defendants") (collectively, the "Parties"), the court hereby enters Judgment

28  and a Permanent Injunction against Defendants in this matter as follows:

GRACE + GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90071

                                    1

**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**

1        1.      This Court has jurisdiction over the Parties and the subject matter of this action.

2        2.      Shakey's is the owner of the trademark MOJO®, which Plaintiff and its

3    predecessors have used for decades to promote and sell Shakey's distinctive potatoes prepared

4    according to a secret recipe.  Shakey's owns the trademarks, secret recipes and formulas, and the

5    know-how associated preparing MOJO brand potatoes.

6        3.      On May 18, 1993, Shakey's predecessor registered MOJO as a trademark on the

7    Principal Register in the United States Patent and Trademark Office for use in connection with

8    "prepared potatoes for consumption on or off the premises," U.S. Registration No. 1,771,676.

9    U.S. Registration No. 1,771,676 has been and remains in full force and effect and the exclusive

10   property of Shakey's by assignment duly recorded in the U.S. Patent and Trademark Office.

11   U.S. Registration No. 1,771,676 is incontestable pursuant to 15 U.S.C. § 1065.

12       4.      The MOJO mark is widely recognized as the symbol and identifier for Shakey's

13   famous prepared potatoes.

14       5.      Defendants previously advertised their prepared potatoes under the trademark MO

15   JOES without Shakey's knowledge or consent.

16       6.      Shakey's brought this action on October 21, 2009, alleging that Defendant's

17   unauthorized use and display of MO JOES in connection with the advertising and promotion of

18   Defendants' potatoes constitutes trademark infringement, false designation of origin, and unfair

19   competition.

20

21       IT IS HEREBY ordered, adjudged and decreed that Defendants Howard Hildebrand and

22   Kenneth Hildebrand, together with their employees, and all other persons or entities acting at the

23   request or direction of Defendants, shall cease and desist from any use or display in commerce of

24   MO JOES, or any other term that is likely to cause confusion with MOJO, for the purpose of

25   offering to sell or selling prepared potatoes or any other prepared foods.

26

27       Each of the parties shall bear their own attorneys' fees and costs of suit incurred herein.

28

GRACE + GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90071

2

**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**

The Court shall retain jurisdiction to enforce the terms of this Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated: _____4-13-10_____

_____
UNITED STATES DISTRICT COURT JUDGE

**STIPULATED AND AGREED:**

_____
Howard Hildebrand

_____
Kenneth Hildebrand

SHAKEY'S USA, INC.

By: _____

Its: _____

**Approved as to form:**
GRACE + GRACE LLP

_____
Michael K. Grace
Attorneys for Plaintiff Shakey's USA, Inc.

LAW OFFICE OF OVIEDO TOOKOIAN, LLP

_____
Ovidio Oviedo, Jr.
Attorneys for Defendants Howard and Kenneth Hildebrand

GRACE + GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, CA 90071

3

**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**